Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*FILED*

*NOV 3 0 2020*

*U.S. DISTRICT COURT-WVND*
*WHEELING, WV 26003*

Betty Francois
#14402030

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

SFF Hazelton
Warden

_____

_____

*Enter above the full name of defendant(s) in this action*

Civil Action No.: *pending*

*(To be assigned by the Clerk of Court)*

3:20 CV 217

Groh
Trumble
Sims

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Name of Plaintiff: Betty Francois   Inmate No.: 14402030
Address: PO Box 1731
Waseca Mn 56093

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: _SFF Hazelton_
     Position: _SFF Hazelton_
     Place of Employment: _SFF Hazelton_
     Address: _PO BOX 450_
     _Bruceton Mills, WV 26525 - 5001_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes     ☐ No

If your answer is "YES," briefly explain: _I was a ward of DOJ and housed at SFF Hazelton by FBOP assignment_

B.1  Name of Defendant: _Warden_
     Position: _Warden_
     Place of Employment: _SFF Hazelton_
     Address: _PO BOX 450_
     _Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes     ☐ No

If your answer is "YES," briefly explain: _"in trust" authority over compound management and operations_

B.2  Name of Defendant: _N/A_
     Position: _____
     Place of Employment: _____
     Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes     ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.3   Name of Defendant: N/A _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes      ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.4   Name of Defendant: N/A _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes      ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.5    Name of Defendant: _N/A_____

      Position: _____

      Place of Employment: _____

      Address: _____

      _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     □ Yes        □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution:  _FCI Waseca_____

A.    Is this where the events concerning your complaint took place?
      □ Yes    ☒ No

If you answered "NO," where did the events occur?
_SFF Hazelton_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes        □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
      □ Yes    ☒ No

D.    If your answer is "NO," explain why not: _fear of retaliation and abuse of power_____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1    _N/A_

LEVEL 2    _N/A_

LEVEL 3    _N/A_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     □ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

    1.    Parties to this previous lawsuit:

      Plaintiff(s): _N/A_

      Defendant(s): _N/A_

    2.    Court: _N/A_

      *(If federal court, name the district; if state court, name the county)*

    3.    Case Number: _N/A_

    4.    Basic Claim Made/Issues Raised: _N/A_

    5.    Name of Judge(s) to whom case was assigned:
      _N/A_

    6.    Disposition: _N/A_
      *(For example, was the case dismissed?  Appealed?  Pending?)*

    7.    Approximate date of filing  lawsuit: _N/A_

8.      Approximate date of disposition. Attach Copies: _N / A_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
         ☐ Yes       ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
       _____N / A_____
       _____
       _____
       _____

E.      Did you exhaust available administrative remedies?
         ☐ Yes       ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
       _____N / A_____
       _____
       _____
       _____
       _____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2.   Name and location of court and case number:
_____ N/A _____
_____
_____

3.   Grounds for dismissal:   □ frivolous   □ malicious
□ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _ N/A _____

5.   Approximate date of disposition: _ N/A _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the _facts_ of your case. Describe what _each_ defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: mass punishment/lockdowns preventing recreation, religous services, access to law library, and grunge fare, shower, phone, email access limited; broken water main

Supporting Facts: Institution logs confirming

Attachment A

dates and times. Have ordered from:
Freedom of Information
Privacy Sec Act #924
320 First Str NW
Wa, DC 20534

CLAIM 2: Unsafe Housing per OSHA Standards.

Supporting Facts: rained inside of RDAP unit and buckets dispersed to collect rain water. Requesting video footage from FBOP and eyewitness statements. Ceiling caved in, left unrepaired for an extended period of time.

CLAIM 3: Violation of Right to receive mail, mail returned to sender with no mail rejection notice served to sender nor the inmate receiver.

Supporting Facts: returned to sender with no notice given - business, personal, and religious coorespondance collaberating statements and records.

CLAIM 4: Abuse of power by staff, corruption

Supporting Facts: eyewitness accounts, records, official documents.

**Attachment A**

_____

_____

_____

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

punitive damages for negatively impacting ties to community and family through interuption in all forms of communication and rights to inmates continually; fear of retaliation negatively impacted mental health and self esteem continually to negatively impact rehabilitation with reoccuring "flash backs and anxiety"

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Injunction requiring sensitivity training; monetary damages for punitive damages and out actual damages to mental health; hard time credit to be given to compensate

_____

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at    FCI Waseca       on    11/21/2020      .
                         (Location)                       (Date)


                                                *Betty Francois*
                                              Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Betty Francois
#14402030
*Your full name*

v.

Civil Action No.: 3:20 CV 217 pending

SFF Hazelton
Warden

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Betty Francois (your name here), appearing *pro se*, hereby certify

that I have served the foregoing Federal Civil Rights Complaint (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on 11/23/2020 (insert date here): PO Box 450
Bruceton Mills WV
26525

(List name and address of counsel for defendant(s))

Betty Francois
(sign your name)